IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:13-cv-00235-MR-DLH

| | |
|---|---|
| TD BANK, N.A., <br>     Plaintiff <br><br> v. <br><br> ROBERT G. MENTON, individually, and <br> ANDREW H. SONIN, individually, <br><br>     Defendants. | JUDGMENT |

        Defendant Andrew H. Sonin ("Defendant Sonin"), having failed to plead or otherwise defend in this action and Defendant Sonin's default having been entered;

        NOW, upon application to Plaintiff and upon Affidavit, Defendant Sonin is indebted to Plaintiff in the following amounts:

        1.    That the amount due Plaintiff from Defendant Sonin as of December 6, 2013, Seven Hundred Seventy Thousand Six Hundred Thirty-Eight and 21/100 Dollars ($770,638.21), plus six percent (6%) interest from and after July 1, 2013, until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of 15% of the outstanding indebtedness at the time of the institution of this action;

        2.    That Defendant Sonin has defaulted for failure to plead and that Defendant Sonin is not an infant or incompetent person, and is not in the military service of the United States.

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover of Defendant Sonin as follows:

3. As to the Claim for Relief, the sum of Seven Hundred Seventy Thousand Six Hundred Thirty-Eight and 21/100 Dollars ($770,638.21), plus six percent (6%) interest from and after July 1, 2013, until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of 15% of the outstanding indebtedness at the time of the institution of this action, and the costs of this action.

Signed: December 9, 2013

Frank G. Johns, Clerk
United States District Court